UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KOEPPEL CLARK, LLC, ET AL.**<br>  Plaintiff | * | CIVIL ACTION NO.: 2:20-cv-02055 |
| | * | |
| | * | DISTRICT JUDGE: GREG G. GUIDRY |
| **VERSUS** | * | |
| | * | MAGISTRATE JUDGE: JANIS VAN |
| **STARR INDEMNITY &**<br>**LIABILITY COMPANY**<br>  Defendant | * | MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**Considering the Motion to Continue Without Date (R. Doc. 42),**

**IT IS ORDERED** that the Motion for Summary Judgment (R. Doc. 37) is DISMISSED WITHOUT PREJUDICE. Movant may refile its motion following commencement of discovery.

New Orleans, Louisiana, this  12th  day of _____March_____, 2021.

_____
**JUDGE GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**