UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KOEPPEL CLARK, LLC, ET AL.** | * | **CIVIL ACTION NO.: 2:20-cv-02055** |
| **Plaintiff** | * | |
| | * | **DISTRICT JUDGE: GREG G. GUIDRY** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE: JANIS VAN MEERVELD** |
| **STARR INDEMNITY & LIABILITY COMPANY,** | * | |
| | * | |
| **Defendant** | * | |

*************************************************************************

## ORDER

Considering the Joint Motion for Voluntary Dismissal (R. Doc. 131) filed by Plaintiffs, Koeppel Clark, LLC and Beko Properties, LLC (collectively, "Plaintiffs") and Defendant, Starr Indemnity & Liability Company ("Starr");

**IT IS ORDERED** that the Motion is GRANTED and that all of Plaintiffs' claims in the above-captioned lawsuit against Starr Indemnity & Liability Company are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 27th day of April, 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE